# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **JEFFERY A. BROUSSARD** | * | **CIVIL ACTION NO. 19-0294** |
| vs. | * | **JUDGE TERRY A. DOUGHTY** |
| **DARRELL VANNOY** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, [doc. # 1], is **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 5th day of November, 2019, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE